UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| VENUS D. ADDISON-POTTS ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 4:23-CV-103-FL |
| ECU HEALTH MEDICAL CENTER ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 11, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on August 11, 2023, and Copies To:**
Venus D. Addison-Potts (via CM/ECF Notice of Electronic Filing)


August 11, 2023                              PETER A. MOORE, JR., CLERK

                                                   /s/ Sandra K. Collins
                                        (By)    Sandra K. Collins, Deputy Clerk